# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00687-CV

**R. C. C. and N. T., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 19,1739, THE HONORABLE DWIGHT E. PESCHEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on January 6, 2021. By request to this Court dated January 6, 2022, Mary Lou Taylor requested an extension of eight days. To date, the reporter's record has not been filed.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Mary Lou Taylor is hereby ordered to file the reporter's record in this case on or before February 3, 2022. If the record is not filed by that date, Taylor may be required to show cause why she should not be held in contempt of court.

It is ordered on January 25, 2022.


Before Justices Goodwin, Baker, and Triana